No. 83–2166.  ZAUDERER v. OFFICE OF DISCIPLINARY COUNSEL OF THE SUPREME COURT OF OHIO.  Sup. Ct. Ohio.  [Probable jurisdiction noted, ante, p. 813.]  Motion of American Civil Liberties Union et al. for leave to file a brief as amici curiae granted.

No. 83–5424.  AKE v. OKLAHOMA.  Ct. Crim. App. Okla. [Certiorari granted, 465 U. S. 1099.]  Motion of petitioner for leave to file a supplemental brief after argument granted.

No. 84–4.  WILLIAMSON COUNTY REGIONAL PLANNING COMMISSION ET AL. v. HAMILTON BANK OF JOHNSON CITY.  C. A. 6th Cir.  [Certiorari granted, ante, p. 815.]  Motion of National Association of Counties et al. for leave to file a brief as amici curiae granted.

No. 84–28.  BROCKETT v. SPOKANE ARCADES, INC., ET AL.; and

No. 84–143.  EIKENBERRY, ATTORNEY GENERAL OF WASHINGTON, ET AL. v. J-R DISTRIBUTORS, INC., ET AL.  C. A. 9th Cir.  [Probable jurisdiction noted, ante, p. 813.]  Motion of Morality in Media, Inc., for leave to file a brief as amicus curiae granted.

No. 84–205.  VIRGINIA EX REL. DEPARTMENT OF CONSERVATION AND ECONOMIC DEVELOPMENT ET AL. v. CLARK, SECRETARY OF THE INTERIOR, ET AL.  C. A. 4th Cir.  [Certiorari granted, ante, p. 979.]  Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 84–480.  P. I. A. ASHEVILLE, INC., ET AL. v. NORTH CAROLINA EX REL. EDMISTEN, ATTORNEY GENERAL.  C. A. 4th Cir.  The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 84–5350.  MAXWELL v. PENNSYLVANIA, ante, p. 971. Respondent is invited to file a response to the petition for rehearing within 30 days.